**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
-----------------------------------------------------------------X
In Re:

                      ALICIA BEATRIZ RICCI,           Chapter 13

                                                        Case No. 11-07732
-----------------------------------------------------------------X

## FIRST AMENDED CHAPTER 13 PLAN

The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee, and the debtor shall pay the Trustee the sum of $ 600.00 for 60 months.

From the payments so received, the Trustee shall make disbursements as follows:

A. PRIORITY CLAIMS

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Sec. 507. The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of (10%) of the amount of all payments under the Plan.

2. The Debtors' Attorney, Julius A. Rivera Jr., shall be paid the sum of $1500.00 as the balance of his fee for representing the Debtors in this case with payments in the amount of $ 500.00 in Months 1-3. The remaining Balance of these monthly payments shall be first be applied to secured creditors as specified in paragraphs B-3 and B-4 bellow then to unsecured creditors as specified in paragraph C- (1) below.

B. SECURED CLAIMS

Holders of allowed secured claims shall retain the liens securing such claims until their allowed secured claim is paid in full as per this plan and shall be paid as follows:

1. Bank of America holds a first Mortgage on the Debtors' homestead real property located at 38 Buttonworth Drive, Palm Coast, Florida 32137. The Debtor surrenders this property to Bank of America in full satisfaction of any timely filed secured claim in this case.

2. Hancock Bank holds a first Mortgage on the Debtors' investment real property located at 1102 E. Moody Boulevard, Bunnell, FL 32110. The Debtor surrenders this property to Hancock Bank in full satisfaction of any timely filed secured claim in this case.

   3. Center One Financial holds a purchase money security interest in the debtors' 2007 Mitsubishi eclipse vehicle in the amount of $ 7871.00. The Debtors value this secured claim at $ 7871.00 to be paid with 5.25% per annum interest for a total of $ 8983.20 over the life of the plan with Monthly payments of $20.00 in Months 1-3 then $212.50 in Month 4 and continuing at $~~212.59~~ $ 212.50 Monthly until paid in full in accordance with paragraph A 2 above.

   4. Fifth Third Bank holds a purchase money security interest in the debtors' 2009 Mitsubishi Lancer vehicle in the amount of $ ~~13,504.00~~ $ 13,199.28. The Debtors value this secured claim at $ ~~13,504.00~~ $ 13,199.28 to be paid with 5.25% per annum interest for a total of $ ~~15,512.20~~ $ 15,062.40 over the life of the plan with Monthly payments of $20.00 in Months 1-3 then $327.50 in Months 4 and continuing at $ 327.50 until paid in full in accordance with paragraph A 2 above.

C. UNSECURED NON-PRIORITY CLAIMS

   1. Any claims filed after the deadline to file proofs of claims shall receive no distribution under this plan unless specifically provided for in this plan. Unsecured creditors, including secured creditors that have deficiency claims or whose liens have been avoided, who timely file claims, shall receive a pro-rata distribution.

   2. No creditor shall be entitled to late fees, Attorney fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this plan, except as ordered by the Court.

   3. The following executory contracts is/are rejected: None

   4. Title to the Debtor(s) property shall revest in the debtor on confirmation of the Debtor(s) plan.

Dated:   1-13-12

                              */s/ Julius A. Rivera, Jr.*
                              Julius A. Rivera, Jr., Esq.
                              Florida Bar No. 18342
                              309 Mill Street
                              Poughkeepsie, New York 12601
                              888-372-4529