UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  CASE NO: 3:11-bk-07732-PMG
Chapter 13

ALICIA BEATRIZ RICCI

      Debtor
_____

**TRUSTEE'S PROPOSED MODIFIED CONFIRMED CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, who hereby submits the following Modified Plan:

1. Upon review of the Debtor's post petition tax return, the Trustee has determined that the Debtor has additional projected disposable income and accordingly the confirmed plan payments should be modified as follows: The Debtor shall pay to the Trustee the sum of $600.00 for months 1 through 20; $1,107.00 for month 21; $1,369.23 for months 22 through 60. **The month 21 payment includes one lump sum payment of $507.00 which is the Debtor's 2012 federal income tax refund. The additional funds will be provided to the timely filed and allowed unsecured claims as additional distribution.  Any extension of plan term will also extend the term of plan payments on any secured claim on which the last payment is due after the final payment of the Confirmed Plan (ongoing mortgages, ongoing car payments).**

2. **This modification will not change the payments as to any secured or priority creditors as provided for in the terms of the confirmed Chapter 13 Plan except as otherwise provided herein.**

3. The fees and expenses of the Trustee shall be paid over the life of the Plan as set by the U.S. Trustee.

WHEREFORE, the TRUSTEE requests the Court grant the motion to modify the Confirmed Chapter 13 plan as proposed.

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on June 3, 2013 on all interested parties as listed on the attached matrix.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By: /s/ John J. Freeman, Jr.
Douglas W. Neway
Florida Bar No. 0709948
John J. Freeman, Jr., Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone (904)358-6465
FAX (904)634-0038

```
Label Matrix for local noticing          Bank of America, N.A., Successor by Merger    Candica, LLC
113A-3                                   Butler & Hosch P.A.                           C/O WEINSTEIN & RILEY, PS
Case 3:11-bk-07732-PMG                   3185 South Conway Road                        2001 WESTERN AVENUE
Middle District of Florida               Suite E                                       SUITE 400
Jacksonville                             Orlando, Fl 32812-7349                        SEATTLE, WA 98121-3132
Mon Jun  3 07:56:43 EDT 2013

CenterOne Financial Services, LLC        Hancock Bank as Successor-in-Interest to Peo  Hancock Bank, Successor in Interest to Peopl
c/o Matthew Scott, Esquire               c/o Chad D. Heckman                           P. O. Box 1961
110 SE 6 Str, 15 Flr                     908 N. Gadsden St                             Winter Park, FL 32790-1961
Fort Lauderdale, FL 33301-5004           Tallahassee, FL 32303-6316


Alicia Beatriz Ricci                     Aes/fed Loan Servici                          Afsa/brazo Higher Ed
38 Buttonworth Drive                     PO Box 69184                                  501 Bleecker St
Palm Coast, FL 32137-9403                Harrisburg, PA 17106-9184                     Utica, NY  13501-2498



American Express                         Bac Home Loans Servi                          Bank Of America
P.O. Box 981537                          450 American St                               4060 Ogletown/Stanton Rd
El Paso, TX 79998-1537                   Simi Valley, CA 93065-6285                    De5-019-03-07
                                                                                       Newark, DE  19713


Bank Of America                          Bank of America, N.A. Successor by merger to  Candica, LLC
De5-019-03-07                            Bankruptcy Dept: Mall Stop CA6-919-01-23      c/o Weinstein & Riley, P.S.
4060 Ogletown/Stanton Rd                 400 National Way, Simi Valley, CA 93065       2001 Western Ave., Ste. 400
Newark, DE  19714                                                                      Seattle, WA 98121-3132


(p)CAPITAL ONE                           Center One Financial                          CenterOne Financial Services, LLC
PO BOX 30285                             3120 Rider Trail South                        PO Box 991817
SALT LAKE CITY UT 84130-0285             Earth City, MO 63045-1518                     Mobile, AL 36691-8817



Chase                                    Chase Bank Usa, Na                            Chase,na
9451 Corbin Avenue                       201 N. Walnut St//De1-10                      4915 Independence Parkwa
Attn:Janet Medin M/S-N01                 Wilmington, DE 19801-2920                     Tampa, FL 33634-7518
Northridge, CA 91324-1665


Citicorp Trust Bank                      CollectCorp                                   Discover Bank
4500 New Linden Hill Rd                  PO Box 101928                                 DB Servicing Corporation
Wilmington, DE 19808-2922                Dept. 4947A                                   PO Box 3025
                                         Birmingham, AL 35210-6928                     New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       Express                                       FIA CARD SERVICES, N.A.
PO BOX 3025                              PO Box 330066                                 PO Box 15102
NEW ALBANY OH 43054-3025                 Northglenn, CO 80233-8066                     Wilmington, DE 19886-5102



FMA Alliance, LTD                        FedLoan Servicing                             (p)FIFTH THIRD BANK
12339 Cutten Road                        P.O. Box 69184                                MD# ROPS05 BANKRUPTCY DEPT
Houston, TX 77066-1807                   Harrisburg, PA 17106-9184                     1850 EAST PARIS SE
800-858-0420                                                                           GRAND RAPIDS MI 49546-6253
```

```
Fifth Third Bank                    Flagler County Tax Collector - Suzanne Johns    Florida Dept. of Revenue
PO Box 829009                       P.O. Box 846                                    Bankruptcy Unit
Dallas, TX 75382-9009               Bunnell FL 32110-0846                           P.O. Box 6668
                                                                                    Tallahassee, FL 32314-6668


Gemb/belk                           Gemb/lowes                                      Hancock Bank
PO Box 981491                       PO Box 981400                                   PO Box 4020
El Paso, TX  79998-1491             C811                                            Gulfport, MS 39502-4020
                                    El Paso, TX 79998-1400


Hsbc Best Buy                       Internal Revenue Service                        Julius A. Rivera, Jr.
1405 Foulk Road                     PO Box 7346                                     309 Mill Street
Wilmington, DE 19803-2769           Philadelphia, PA  19101-7346                    Poughkeepsie, NY 12601-3115


Macy's/dsnb                         Mitsubishi Motors Cr                            Nissan-infiniti Lt
911 Duke Blvd                       1211 Semoran Blvd, Ste 3                        P.O. Box 660360
Mason, OH  45040                    Casselberry, FL 32707-6485                      Dallas, TX  75266-0360


Novastar Mortgage                   Sallie Mae                                      Sallie Mae ECFC
8140 Ward Pkwy #200                 PO Box 9500                                     c/o Sallie Mae Inc.
Kansas City, MO 64114-2029          Po#  Smi-0000013421                             220 Lasley Ave.
                                    Wilkes-Barre, PA  18773                         Wilkes-Barre, PA 18706-1496


Space Coast Credit U                The Home Depot/cbsd                             U S Dept Of Educatio
8045 N Wickham Road                 PO Box 6497                                     830 1St St NE Room 111G5
Melbourne, FL 32940-7920            Sioux Falls, SD 57117-6497                      Washington, DC 20002-8058


United States Attorney              Visa/dsnb                                       Wells Fargo Educatio
300 North Hogan St Suite 700        9111 Duke Blvd                                  PO Box 13667
Jacksonville, FL 32202-4204         Mason, OH 45040-8999                            Sacramento, CA 95853-3667


Wells Fargo Financia                Wfnnb/american Signa                            Wfnnb/ann Taylor
800 Walnut St                       PO Box 18273                                    PO Box 182273
Des Moines, IA 50309-3891           Columbus, OH  43218-2773                        Columbus, OH  43218-2273


Wfnnb/victoria's Sec                Jeffry R Jontz +                                United States Trustee - JAX 13/7 7+
PO Box 182128                       Swann & Hadley PA                               Office of the United States Trustee
Columbus, OH  43218-2128            1031 W Morse Boulevard                          George C Young Federal Building
                                    Post Office Box 1961                            400 West Washington Street, Suite 1100
                                    Winter Park, FL 32790-1961                      Orlando, FL 32801-2217


Chad D Heckman +                    Richard S. Ralston +                            Julius A Rivera +
Heckman Law Group                   Weinstein & Riley, P.S.                         Julius A Rivera Jr
326 Williams St.                    2001 Western Avenue, Suite 400                  309 Mill Street
Tallahassee, FL 32303-6230          Seattle, WA 98121-3132                          Poughkeepsie, NY 12601-3115
```

Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308

Matthew H Scott +
Tripp Scott, PA
110 SE 6th Str, 15th Flr
Fort Lauderdale, FL 33301-5004

Sean M Affleck +
Butler & Hosch, PA
3185 S Conway Road, Ste E
Orlando, FL 32812-7349

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa
PO Box 85015
Richmond, VA  23285-5075

Discover Financial S
PO Box15316
Att:Cms/Prod Develop
Wilmington, DE  19850-53

Fifth Third Bank
5050 Kingsley Dr Md 1Moc
Cincinnati, OH  45263

(d)Fifth Third Bank
5050 Kingsley Drive
Md 1Moc2N
Cincinnati, OH  45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(u)3:11-bk-07732

End of Label Matrix
Mailable recipients    63
Bypassed recipients     2
Total                  65